UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| WILLIAM G. WIZINSKY, and <br> ANN M. WIZINSKY | Hon. Janet T. Neff |
| | Mag. Sally J. Berens |
| Plaintiffs, | 1:21-cv-00496 |
| v | |
| LEELANAU TOWNSHIP, THE SHORES <br> HOME OWNERS ASSOCIATION, T. SETH KOCHES, <br> KARRIE A. ZEITS, BAUCKHAM, SPARKS, THALL <br> SEEBER & KAUFMAN,PC, SONDEE, RACINE & <br> DOREN, PLC, LEELANAU COUNTY, CHET JANIK, <br> PAUL HUNTER, STEVE PATMORE AND UNKNOWN <br> FINANCERS OF LITIGATION, | |
| Defendants. | |

_____

### DEFENDANT THE SHORES HOME OWNERS ASSOCIATION'S
### MOTION TO STRIKE PLAINTIFFS' REPLY BRIEFS

Pursuant to Rule 12(f), Defendant, The Shores Home Owners Association, moves for an order striking Plaintiffs' briefs and exhibits filed in reply to Defendants' responses to Plaintiffs' Objection to the Magistrate Judge's Report and Recommendation and prohibiting Plaintiffs from filing any future filings of reply briefs and exhibits without Court permission.

This motion is based on the facts, legal authorities, and arguments set forth in the accompanying Brief in Support of Motion to Strike.

In accordance with Rule 7.1(d) of the Local Rules for the Western District of Michigan, the undersigned certifies that it unsuccessfully attempted to obtain concurrence in the relief sought from Plaintiffs.

WHERFORE, Defendant The Shores Home Owners Association requests this Court grant its Motion to Strike Reply Briefs and Exhibits filed by Plaintiffs, and order such other relief which is equitable and just under the circumstances.

Respectfully submitted,

**THE RUNNING WISE LAW FIRM**

Dated:  February 17, 2022    By:    /s/ Michael I. Conlon
                                    Michael I. Conlon (P43954)
                                    Attorneys for Defendant The Shores
                                    Homeowners Association

## CERTIFICATE OF SERVICE

I certify that, on February 17, 2022, I electronically filed the above with the Clerk of the Court using the ECF system, and that a copy was electronically served on all parties via the ECF system and upon the following by First Class Mail with postage prepaid thereon:

William Wizinsky and Ann Wizinsky
250 Pleasant Cove Drive
Novi, MI  48377

**THE RUNNING WISE LAW FIRM**

Dated:  February 17, 2022    By:    /s/ Michael I. Conlon
                                    Michael I. Conlon (P43954)
                                    Attorneys for Defendant The Shores
                                    Home Owners Association